184

STATE of Missouri, Respondent,

v.

Donald G. KILLIAN, Appellant.

No. WD 33033.

Missouri Court of Appeals,
Western District.

Aug. 3, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Aug. 31, 1982.

Application to Transfer Denied
Oct. 18, 1982.

William M. Barvick, Jefferson City, for
appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for
respondent.

Before KENNEDY, P. J., and WASSERSTROM and MANFORD, JJ.

ORDER

PER CURIAM.

Direct appeal from jury conviction for
escape from confinement in violation of
§ 575.210 RSMo 1978.

Judgment affirmed.

STATE of Missouri, Respondent,

v.

Aubrey FINCH, Appellant.

No. WD 33120.

Missouri Court of Appeals,
Western District.

Aug. 3, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Aug. 31, 1982.

James W. Fletcher, Public Defender,
Gary L. Gardner, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Priscilla Gunn,
Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P. J., and WASSERSTROM and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from jury conviction for
kidnapping, § 565.110 RSMo 1978; rape,
§ 566.030 RSMo 1978; and sodomy, § 566.-
060 RSMo Supp. 1980.

Judgment affirmed.